# LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

130 West 15th Street 7th Floor New York NY 10011
Tel (212) 675-6161 Fax (212) 675-4367

110 Jericho Turnpike Suite 100 Floral Park NY 11001
Tel (516) 326-2333 Fax (516) 305-5566

*Gus Michael Farinella*  *Ryan L. Gentile*
*New York & DC Bar*  *New York & New Jersey Bar*

*Supreet Parmar*
*New York & New Jersey Bar*

January 4, 2020

Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East – Courtroom 11C South
Brooklyn, NY 11201

    RE:   Bibi v. ARS National Services, Inc.
             Case No.: 1:20-cv-04656

Dear Judge Kuo:

    We represent the Plaintiff, Zainab Bibi, in the above-captioned matter and write jointly with counsel for Defendant to provide this Court with an update concerning the status of this matter.

    The parties are pleased to report that they have reached an agreement in principle to settle this matter. Defendant has provided Plaintiff's counsel a draft settlement agreement that Plaintiff is currently reviewing. The parties anticipate that a Stipulation of Dismissal will be filed shortly. Accordingly, the parties request that this Honorable Court enter a 60-day order, so that the settlement can be consummated.

    Additionally, in light of the parties settling this matter, the parties request that the Initial Conference scheduled for January 5, 2021 at 10:00am be cancelled.

    We thank the Court for its attention to this matter.

             Respectfully,

             /s/ Ryan Gentile, Esq.
             Ryan Gentile, Esq.